## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN MICHAEL POWELL,

      Petitioner,

  v.

SCOTT FINLEY,

      Respondent.

No. 3:19-CV-01931

(Judge Mariani)

### ORDER

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, is **DISMISSED** for lack of jurisdiction; and

2.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

Robert D. Mariani
United States District Judge

Dated: 6/18/20